ANNE K. EDWARDS (SBN 110424)
THEODORE H. DOKKO (SBN 263830)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street Suite 1700
Los Angeles, California 90071
Telephone: 213 358-7200
Facsimile: 213 358-7300
Email: aedwards@sgrlaw.com
tdokko@sgrlaw.com

JOHN P. MARINO, admitted *pro hac vice*
KRISTEN L. WENGER, admitted *pro hac vice*
**SMITH, GAMBRELL & RUSSELL, LLP**
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Telephone: 904 598-6100
Facsimile: 904 598-6240
Email: jmarino@sgrlaw.com
kwenger@sgrlaw.com

Attorneys for Defendant
GEICO CASUALTY COMPANY; GEICO
INDEMNITY COMPANY; GEICO
GENERAL INSURANCE COMPANY;
AND GOVERNMENT EMPLOYEES
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD VENNERHOLM II, REANNA ANN VENNERHOLM, & KATHLEEN BALDWIN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; GEICO INDEMNITY COMPANY; GEICO GENERAL INSURANCE COMPANY, AND GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendants. | Case No. 21-CV-806-GPC-BLM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY OR TRANSFER PURSUANT TO THE FIRST-TO-FILE RULE**<br><br>Date: February 11, 2022<br>Time: 1:30 p.m.<br>Ctrm: Courtroom 2D |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 11, 2022, at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Gonzalo P. Curiel, in Courtroom 2D, the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Defendants GEICO Casualty Company, GEICO Indemnity Company, GEICO General Insurance Company, and Government Employees Insurance Company ("Defendants" or "GEICO") will and hereby do move this Court to stay the *Vennerholm* Action pending resolution of the *Mirvis* Action pursuant to the First-to-File Rule. Alternatively, GEICO respectfully requests that the Court transfer the *Vennerholm* Action to the Eastern District of New York.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Anne K. Edwards, and the Request for Judicial Notice, filed currently herewith, the papers on file in this case, any oral argument that may be heard by the Court, and any other matters that the Court deems appropriate.

DATED:  November 22, 2021          SMITH, GAMBRELL & RUSSELL, LLP

                                   By:   */s/ Theodore H. Dokko*
                                         Anne K. Edwards
                                         Theodore H. Dokko
                                         John P. Marino
                                         Kristen L. Wenger
                                         Attorneys for
                                         GEICO CASUALTY COMPANY,
                                         GEICO INDEMNITY COMPANY;
                                         GEICO GENERAL INSURANCE
                                         COMPANY, AND GOVERNMENT
                                         EMPLOYEES INSURANCE
                                         COMPANY